## (February 4, 1982)

■ In the Matter of JOHN CASALASPRO, Appellant, v NORMAN STEISEL, as Commissioner of Department of Sanitation of City of New York, Respondent. — Judgment, Supreme Court, New York County (M. Evans, J.), entered on February 24, 1981, unanimously affirmed for the reasons stated by M. Evans, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Kupferman, Markewich, Fein and Lynch, JJ.